# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN FRUGE and MICHAEL HARRIS, on Behalf of themselves and all others similarly Situated<br>Plaintiffs | CIVIL ACTION<br><br>NO. 2:14-cv-02186 |
| VERSUS | JUDGE JAY C. ZAINEY |
| PAT O'BRIEN'S BAR, INC. and SHELLY OECHSNER WAGUESPACK<br>Defendants | MAGISTRATE S. SHUSHAN |

## ORDER APPROVING SETTLEMENT

Considering the Joint Motion for Approval of Settlement and to Dismiss with Prejudice, the facts supporting the fairness and reasonableness of the proposed settlement confected by the Parties, and the law;

IT IS HEREBY ORDERED that settlement be and is hereby APPROVED;

IT IS HEREBY ORDERED that Patricia Fontenot has 30 days from the date of this Order to execute the Settlement Agreement or the funds allocated to her will be returned to Pat O's;

IT IS FURTHER ORDERED that all claims be dismissed with prejudice, each party to bear their own costs, except as provided in the Confidential Receipt, Release and Settlement Agreement filed under Seal.

New Orleans, Louisiana, this 25th day of January 2016.

_____
HON. JAY C. ZAINEY
DISTRICT COURT JUDGE