## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEVEN FRUGE and MICHAEL HARRIS, on Behalf of themselves and all others similarly Situated<br>Plaintiffs | CIVIL ACTION<br><br>NO. 2:14-cv-02186 |
| VERSUS | JUDGE JAY C. ZAINEY |
| PAT O'BRIEN'S BAR, INC. and SHELLY OECHSNER WAGUESPACK<br>Defendants | MAGISTRATE S. SHUSHAN |

### ORDER

Considering the Joint Motion for Leave to File Exhibit Under Seal and Incorporated Memorandum in Support Thereof,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Parties' Joint Motion for Leave to File Exhibit Under Seal be and hereby is **GRANTED**. Accordingly, the Parties are granted leave of court to file under seal Exhibit "A" to their Joint Motion for Approval of Settlement and Dismissal of Claims with Prejudice. Therefore, this document is to be kept on file in the record of this matter, but only under seal. Additionally, the Clerk of Court is hereby ordered and directed to take any and all measures necessary to ensure that this document remains under seal unless and until ordered otherwise.

1/25/16

HON. JAY C. ZAINEY
DISTRICT COURT JUDGE

-7-